**Order filed May 6, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00124-CV
_____

**MONTROSE ER, LLC AND DR. ROBERT PHELAN III, Appellants**

**V.**

**1110 W. GRAY, L.L.C., Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2021-02426**

# O R D E R

Appellant's brief was due April 21, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **May 26, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.